# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| KATHY N. BURDEN, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action H-16-1077 |
| | § | |
| NANCY A. BERRYHILL, | § | |
| ACTING COMMISSIONER OF | § | |
| SOCIAL SECURITY, | § | |
| *Defendant.* | § | |

## ORDER OF ADOPTION

On June 27, 2017, Magistrate Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 18) recommending that Plaintiff's motion for summary judgment be denied and the Commissioner's motion for summary judgment be granted. Burden filed objections (Dkt. 19). Having considered the record and law, the court hereby overrules the objections and adopts the memorandum and recommendation as this court's order. It is therefore

ORDERED the Commissioner's decision denying Burden disability benefits is affirmed.

Signed at Houston, Texas, on August 2, 2017.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE